# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

LOUIS P. SKUFCA, JR.

**JUDGMENT IN A CIVIL CASE**

v.

CHERRY LINDAMOOD

CASE NUMBER: 05-1136-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 07/20/05, this case is hereby DISMISSED. A certificate of appealability is DENIED. It is further CERTIFIED that, pursuant to Fed. R. App. P. 24(a), any appeal by plaintiff is not taken in good faith and plaintiff may not proceed on appeal *in forma pauperis*. If petitioner files a notice of appeal, he must also pay the entire $255 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/21/05                         BY: _____
DATE                                  DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 07-22-05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01136 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Louis P. Skufca
SCCF-CLIFTON
316068
P.O. Box 279
Clifton, TN 38425--027

Honorable James Todd
US DISTRICT COURT